Theodora STYPAS, Appellant,

v.

Constantinos STYPAS, Appellee.

No. 2798.

Municipal Court of Appeals for the
District of Columbia.

Submitted July 17, 1961.

Decided Aug. 1, 1961.

Edward J. Skeens, Washington, D. C., for
appellant.

No appearance for appellee.

Before HOOD and QUINN, Associate
Judges, and SMITH, Chief Judge of The
Municipal Court for the District of Colum-
bia, sitting by designation.

PER CURIAM.

Appellant brought this action for the
annulment of her marriage to appellee or
in the alternative for an absolute divorce on
the grounds of desertion. A copy of the
complaint was mailed to appellee at his tem-
porary residence in Greece. In reply, he
sent a letter to the court denying the various
allegations of the complaint. The court re-
fused to accept this letter as a formal ap-
pearance. This is the alleged error. How-
ever, an examination of the trial court's
file reveals that upon appellee's return to
this country, an alias summons was issued
and he was personally served on July 11,
1961. We therefore hold that the question
is now moot.

Appeal dismissed.